**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

**UNITED STATES OF AMERICA,**

v.

**RYAN KEEL,** *et al.*

**Case No. 2:20-cr-00258-03-JDW**

**ORDER**

    **AND NOW**, this 21st day of July, 2025, upon consideration of Ryan Keel's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct A Sentence (ECF No. 212), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**, and a Certificate Of Appealability **SHALL NOT ISSUE**.

                            **BY THE COURT:**

                            */s/ Joshua D. Wolson*
                            JOSHUA D. WOLSON, J.